UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANN KYNETT,
Plaintiff,

v.   CASE NO.: 2:18-cv-00423-JES-MRM

SAI SHYAM HOTELS, LLC,
A Florida limited liability company,
Defendant.
_____/

### NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT

COMES NOW, the Defendant by and through undersigned counsel and gives notice of the withdrawal of its Motion to Dismiss or for More Definite Statement.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to Noah Storch at noah@floridaovertimelawyer.com this 20th day of July 2018.

DUNCAN & ASSOCIATES, P.A.
Attorneys for Defendant
P. O. Box 249
Fort Myers, Florida 33902
Telephone: 239/334-4574
Primary email:
Gordon@duncanassociatesfl.com
Secondary email:
joyce@duncanassociatesfl.com

By: _____
Gordon R. Duncan
Florida Bar No. 258563