UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DIANN KYNETT,
Plaintiff,

v.                                    CASE NO.: 2:18-cv-00423-JES-MRM

SAI SHYAM HOTELS, LLC,
A Florida limited liability company,
Defendant.
_____/

## ANSWER

Defendant, SHAI SHYAM HOTELS, LLC, in an answer to Plaintiff's Complaint states:

1. Admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit.
6. Admit.
7. Admit.
8. Admit.
9. Admit.
10. Admit.
11. Admit.
12. Admit.
13. Admit.
14. Admit.
15. Admit.
16. Admit.
17. Admit.
18. Admit.
19. Admit.
20. Admit.
21. Deny.
22. Deny.
23. Admit as to work performed by Plaintiff in excess of 40 hours, deny as to payments or provisions made by Defendant and lack of time records.
24. Admit.

25. Admit.
26. Admit.
27. Deny.
28. Without knowledge.
29. Admit.
30. Deny.
31. Admit.
32. Deny.
33. Deny.
34. Deny.
35. Deny.

## AFFIRMATIVE DEFENSE

### DEFENDANT IS ENTITLED TO A 3(m) CREDIT FOR LODGING PROVIDED TO PLAINTIFF

36. Defendant, Sai Shyam Hotels, LLC, is the owner and operator of the Motel 6 located at 3350 Marinatown Lane, North Fort Myers, FL 33903 (herein the "Motel").
37. Plaintiff began working at the Motel on April 5, 2015.
38. Shortly after the start of her employment, Plaintiff informed Defendant that her family, including her husband, children and pets, were in need of lodging.
39. On May 1, 2015, the parties agreed that the Plaintiff would increase her work hours to 60 hours per week in exchange for lodging at the Motel.
40. The average nightly rate at the Motel during Plaintiff's employment was Fifty Dollars ($50.00), or Three Hundred and Fifty Dollars ($350.00) per week.
41. Plaintiff and her family were permitted to use all of the Motel amenities including the pool, on-site laundry, telephone for free local calls, wi-fi, utilities, and parking.
42. Plaintiff's hourly wage in 2015 was $9.00, Plaintiff's hourly wage in 2016 was $9.50, and Plaintiff's hourly wage in 2017 was $10.00.
43. Overtime for the additional 20 hours per week in 2015 would be paid at a rate of $13.50 per hour or $270.00 per week.
44. Overtime for the additional 20 hours per week in 2016 would be paid at a rate of $14.25 per hour or $280.00 per week.
45. Overtime for the additional 20 hours per week in 2017 would be paid at a rate of $15.00 per hour or $300.00 per week.
46. Pursuant to the Fair Labor and Standards Act, an employer may count as wages "the reasonable cost to the employer of furnishing employee with board, lodging or other facilities." 29 U.S.C. § 203(m).
47. The following criteria for a 203(m) credit have been met: 1) Lodging is regularly provided by motel employers to employees, 2) Plaintiff desired to live at the Motel with her family due to a lack of housing and was not coerced, 3) the lodging is in compliance with all applicable laws, 4) the lodging was provided to Plaintiff and her

family in a time of need and for her benefit, and 5) Defendant has accurate records of the cost of Defendant's occupying a room in its Motel.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to noah@floridaovertimelaawyer.com this 10th day of August 2018.

DUNCAN & ASSOCIATES, P.A.
Attorneys for Defendant
P. O. Box 249
Fort Myers, Florida 33902
Telephone: 239/334-4574
Primary email:
Gordon@duncanassociatesfl.com
Secondary email:
joyce@duncanassociatesfl.com

By: _____
Gordon R. Duncan
Florida Bar No. 258563